IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MATTHEW E. JACKSON, JR., )
    Plaintiff, )
)
v. ) Civil Action No. 08-1036
)
UNITED STATES DEPARTMENT )
OF EDUCATION, )
    Defendant. )

ORDER

AND NOW this 24th day of July, 2008, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record